AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

**CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR - 6 2015
JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RICO THADEUS SCALES | ) | Case No: 4:10CR00004-001 |
| | ) | USM No: 14500-084 |
| Date of Previous Judgment: 07/23/2010 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____  Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Because Defendant was sentenced to the minimum period of incarceration permitted by statute, no further reduction is authorized. The change in the mandatory minimum sentence is not retroactive in Defendant's case. See 1 U.S.C. § 109 (2014); Dorsey v. United States, 132 S. Ct. 2321, 2331 (2012); United States v. Mouzone, 687 F.3d 207, 222 (4th Cir. 2012). Defendant's Motions to Reduce Sentence [ECF Nos. 53 &54] are DENIED.

Except as provided above, all provisions of the judgment dated 07/23/2010 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/06/2015

_/s/ Jackson L. Kiser_
Judge's signature

Effective Date: _____
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title